FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

JUN 1 0 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| TAMELL ELVIN BRIDGES, | : | CIVIL ACTION NO. |
| Petitioner, | : | 1:09-CV-1042-TWT-RGV |
| | : | |
| v. | : | |
| | : | |
| RICHARD REED, | : | HABEAS CORPUS |
| Respondent. | : | 28 U.S.C. § 2254 |

## ORDER AND OPINION

Petitioner, Tamell Elvin Bridges, has submitted a 28 U.S.C. § 2254 habeas corpus petition in which he seeks to challenge a recent conviction in Rockdale County. By Order entered on April 30, 2009, the Magistrate Judge directed Petitioner to amend his petition on a habeas corpus form petition. [Doc. 2 at 2]. In that Order, the Magistrate Judge advised Petitioner that failure to pay the fee may result in dismissal of this action. [Id.].

To date, Petitioner has failed to comply with the April 30, 2009, order and submit an amended petition. Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** due to Petitioner's failure to comply with a lawful order of this Court. LR 41.3(A)(2), N.D. Ga.

**IT IS SO ORDERED**, this 10 day of June, 2009.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)